UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

***

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ABEL PENALOZA-LANDIN,

        Defendant.

CASE NO. 2:13-CR-13-LRH-GWF

WAIVER AND CONSENT ORDER

Defendant, Abel Penaloza-Landin, having requested permission to enter a plea of guilty, hereby gives written consent to review of the Presentence Report by the Judge prior to acceptance of plea or plea agreement pursuant to Rule 32(e)(1) of the Federal Rules of Criminal Procedure.

_____
Defendant's Counsel

_____
Counsel for Defendant

_____
Assistant U.S. Attorney

DATED this 14th day of August, 2013.

APPROVED:

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 1 4 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY